d

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:19-CR-00138 |
| VERSUS | JUDGE WALTER |
| WILLIAM BRITT HARVEY, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), and with the written and verbal consent of Defendant, this case has been referred to the undersigned by the United States District Judge for administration of Guilty Plea under Rule 11 of the Federal Rules of Criminal Procedure.

The case came before the undersigned on this date for a change of plea hearing. Defendant was present with counsel, as was counsel for the United States.

For the reasons verbally assigned at the hearing, the undersigned finds that Defendant is fully competent, that Defendant's guilty plea is knowing and voluntary, and that Defendant's guilty plea is fully supported by an independent factual basis for each of the essential elements of the offense.

Therefore, the undersigned RECOMMENDS that the District Judge:

(1)   ACCEPT the guilty plea of Defendant pursuant to the terms of the written plea agreement confected between Defendant and the Government;

(2)   ACCEPT the written plea agreement submitted during the hearing; and

(3)   finally adjudge Defendant guilty of the offense(s) to which Defendant entered a plea of guilty during the hearing.

The Government and Defendant waived the fourteen day period to file objections to this Report and Recommendation. Accordingly, the District Judge may rule upon this Report and Recommendation immediately.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this  22nd  day of January 2020.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE