UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-00138-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| WILLIAM BRITT HARVEY (01) | MAGISTRATE JUDGE PEREZ-MONTES |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 20th day of February, 2020.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE